No. 00–188. PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA *v.* CONCANNON, COMMISSIONER, MAINE DEPARTMENT OF HUMAN SERVICES, ET AL. C. A. 1st Cir.; and

No. 01–270.  YELLOW TRANSPORTATION, INC. *v.* MICHIGAN ET AL.  Sup. Ct. Mich.  The Solicitor General is invited to file briefs in these cases expressing the views of the United States.